Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                     Chapter 7
ROBERT S. LAVECCHIA,                                       Case No. 25-12421 (PB)

                         Debtor.
-----------------------------------------------------------x

## DECLARATION REGARDING AMENDED SCHEDULE E/F

ROBERT S. LEVECCHIA, hereby declares as follows under penalty of perjury:

1.      I am the debtor herein. I filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code with this Court on October 30, 2025. Filed herewith is my Amended Schedule E/F: Creditors Who Have Unsecured Claims.

2.      The purpose of the amendment is to add the following creditor who was inadvertently omitted from my schedules as initially filed:

        Servicing Solutions LLC
        3660 Regent Blvd.
        Suite 200
        Irving, TX 75063

3.      With the exception of Servicing Solutions LLC, no creditors or other parties were added to or deleted from my schedules and none of the names or addresses of any previously scheduled creditors or parties have been altered.

4.      I hereby declare, pursuant to 28 U.S.C. §1746 and under penalties of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 17, 2026

                                        _____
                                        ROBERT S. LEVECCHIA