**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x

In re:                                                    Chapter 7

ROBERT S. LAVECCHIA,                                      Case No. 25-12421 (PB)

                    Debtor.
-----------------------------------------------------------------------x

### STIPULATION AND ORDER EXTENDING THE TRUSTEE'S TIME TO FILE A COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE TO JUNE 17, 2026 AND/OR MOVE TO DISMISS

**WHEREAS**, on October 30, 2025 ("Filing Date"), the Debtor filed a voluntary petition ("Petition") under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York ("Court");

**WHEREAS**, Gregory Messer was appointed as the Successor Chapter 7 Trustee ("Trustee"), has duly qualified, and is acting in that capacity [Dkt. No. 8];

**WHEREAS**, pursuant to the Notice of Chapter 7 Bankruptcy Case, March 17, 2026 is the filing deadline to object to the Debtor's discharge [Dkt. No. 9];

**WHEREAS**, the Trustee requires additional time in order to review and analyze the Debtor's financial affairs; and

**NOW THEREFORE** it is stipulated and agreed by and between the undersigned that:

1.      The Trustee's time to file a complaint objecting to the Debtor's discharge pursuant to Bankruptcy Code Section 727 and/or move to dismiss the Debtor's case including under Bankruptcy Code Section 707(a) shall be extended from March 17, 2026, through and including June 17, 2026, without prejudice to the Trustee's right to seek a further extension or extensions of such time.

2.      This stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile signatures herein shall be deemed to be original signatures.

3.      The parties hereby consent to the entry of the Stipulation as an order in this proceeding.

4.      The Court shall retain jurisdiction over the terms and conditions of this Stipulation.

Dated: March 12, 2026
   Wantagh, New York

**LaMonica Herbst & Maniscalco, LLP**
*Counsel to Gregory Messer, Trustee*

By: *s/Melanie A. FitzGerald*
  Melanie A. FitzGerald, Esq.
  3305 Jerusalem Avenue, Suite 201
  Wantagh, New York 11793
  Telephone: 516-826-6500

Dated: March 12, 2026
   New York, New York

**Pick & Zabicki LLP**
*Counsel to Robert S. Lavecchia, Debtor*

By: *s/Douglas J. Pick*
  Douglas J. Pick, Esq.
  369 Lexington Avenue, 12th Floor
  New York, New York 10017
  212-695-6000

**SO ORDERED:**

Dated: New York, New York
   March   17, 2026

/s/ *Philip Bentley*
Hon. Philip Bentley
United States Bankruptcy Juge